

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### 701 North Main Street, Suite 228
### HATTIESBURG, MISSISSIPPI 39401

**KEITH STARRETT**
**UNITED STATES DISTRICT JUDGE**

**601-583-4422**

RECEIVED 2009 JUL 29 A 10: 49 FINANCIAL DISCLOSURE OFFICE

July 23, 2009

Honorable Bobby R. Baldock
Chair, Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re:    Your Letter of July 6, 2009
        Regarding Calendar Year 2008 Filing
        And Corrections Needed

Dear Judge Baldock:

Thank you for the suggestions in completing my 2008 filing. The amendments to my previously filed disclosure report are as follows:

In part VII, page 12, line 139, Column D(3) would be amended to add the letter "K."

In part VII, page 17, line 233, would be amended as follows:
        Column C(1) amended to add the letter "K."
        Column C(2) amended to add the letter "T."

In part VII, page 17, lines 234-238, would be amended to add the letter "J"to Column C(1) and
        the letter "T" to Column C(2).

In part VII, page 18, lines 239, 242, and 243, would be amended to add the letter "K" to
        Column C(1) and the letter "T" to Column C(2).

**Starrett_Keith**

In part VII, page 18, lines 240, 241, 244 and 245, would be amended to add the letter "J" to Column C(1) and the letter "T" to Column C(2).

In part VII, page 21, line 297, would be amended to add the word "none" to Column B(2).

If you need anything further, please advise.

Very truly yours,

KS/dsl



# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Starrett, Keith | U.S. District Court for the Southern Division of Mississippi | 5/14/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 701 N. Main Street <br> Suite 228 <br> Hattiesburg, MS 39401 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Officer and Director | M-J-K, Inc. (small ███ corporation) |
| 2. Trustee | Trust #1 Keith Starrett Self-employed Retirement Plan & Trust |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/31/2004 | Mississippi State Employees Pension Fund; Pension Upon Reaching Age 60 |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 18 A 11:35 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2008 | Keith Starrett Self-Employed Retirement Plan and Trust, Insurance Benefit | $1,045.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. American Bar Association | 10/6/2008 - 10/7/2008 | Forth Worth, Texas | Speak at Seminar | Meals and travel expenses |
| 2. Mississippi Bar Association | 2/28/08 | Jackson, Mississippi | Speak at Seminar | Mileage and meals |
| 3. Mississippi Judicial College | 7/21/08 | Biloxi, Mississippi | Speak at Seminar | Mileage and meals |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Ott Family Partnership | Private Financing of Stock Purchase; 1st SW Corp. | M |
| 2. Trustmark National Bank | Financing of Land Purchase | M |
| 3. | | |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property No. 1; McComb, MS | F | Rent | O | W | | | | | |
| 2. Rental Property No. 2; McComb, MS | E | Rent | N | W | | | | | |
| 3. Rental Property No. 3; McComb, MS | E | Rent | N | W | | | | | |
| 4. Mineral Rts; Pike Co.,MS Denbury Energy & Pruit Production | E | Royalty | K | W | | | | | |
| 5. Oakhurst Associates LP | | None | J | W | | | | | |
| 6. Pike County National Bank | A | Dividend | K | T | | | | | |
| 7. First SW Corp. Common Stock | G | Dividend | P1 | T | | | | | |
| 8. AmSouth Bank (now Regions) | A | Interest | K | T | | | | | |
| 9. Royalty Interests Fernwood Field; Pike Co., MS | A | Royalty | J | W | | | | | |
| 10. Timberland Walthall Co., MS; ▮▮▮ | G | Rent | P1 | W | | | | | |
| 11. Timberland Pike Co., MS, ▮▮▮ | G | Rent | P1 | W | | | | | |
| 12. Walker #1 Oil Investment, Walthall Co., MS | A | Royalty | J | W | | | | | |
| 13. Trust #1 Keith Starrett Self-Employed Ret. Plan & Trust | | Dividend | | | | | | | |
| 14. All investment decisions involving listed common stocks made | | Royalty | | | | | | | |
| 15. by Independent Investment Advisors | G | Rent | P1 | W | | | | | |
| 16. Assets of Trust | | Interest | | | | | | | |
| 17. -SLIAX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., re or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -SLBAX | | | | | | | | | |
| 19. -ABALX | | | | | | | | | |
| 20. -Cheesecake Factory | | | | | partial sell | 10-16 | J | D | |
| 21. -Cree | | | | | | | | | |
| 22. -EBAY | | | | | | | | | |
| 23. -PNRA (Panera Bread Company) | | | | | Sold | 4-30 | J | | |
| 24. -PWER (Power One, Inc.) | | | | | | | | | |
| 25. -QCOM (Qual Comm., Inc.) | | | | | | | | | |
| 26. -SMTL (Semitool, Inc.) | | | | | | | | | |
| 27. -Sun Microsystems | | | | | Sold | 1-31 | J | A | |
| 28. -SYNA (Synaptics, Inc.) | | | | | Buy | 1-31 | J | | |
| 29. -ILA (aquila, Inc.) | | | | | | | | | |
| 30. -MNT | | | | | | | | | |
| 31. -MIRKQ (Mirant) | | | | | | | | | |
| 32. -Greenbrier Co. | | | | | Sold | 2-8 | J | | |
| 33. -Schnitzer Steel Industries | | | | | Sold (part) | 4-16 | J | D | |
| 34. -Xilinx Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Quadra Mining | | | | | partial sell | 7-18 | J | C | |
| 36.   -Contl Airlines Cl B | | | | | | | | | |
| 37.   -Frontera Copper | | | | | | | | | |
| 38.   -Finisar Corporation | | | | | Sold | 1-31 | J | | |
| 39.   -Sigma Designs | | | | | | | | | |
| 40.   -OZ Minerals, f/k/a Zinifex | | | | | | | | | |
| 41.   -Century Aluminum | | | | | | | | | |
| 42.   -Sirius XM, f/k/a XM Satellite Radio | | | | | | | | | |
| 43.   -Anadigics, Inc. | | | | | | | | | |
| 44.   -Valeant Pharmaceuticals Inc. | | | | | Sold | 7-7 | J | | |
| 45.   -Rowan Companies | | | | | | | | | |
| 46.   -EZ Chip Semiconductor, f/k/a Lanoptics LTD | | | | | | | | | |
| 47.   -Southern Copper | | | | | Sold | 3-13 | J | C | |
| 48.   -Semitool, Inc. | | | | | | | | | |
| 49.   -Hercules Offshore | | | | | | | | | |
| 50.   -Patterson Energy | | | | | | | | | |
| 51.   -Micron Tech | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Tata Motors | | | | | | | | | |
| 53. -Thompson Creek f/k/a Blue Pearl Mining | | | | | | | | | |
| 54. -Netlogic | | | | | | | | | |
| 55. -Carmax | | | | | | | | | |
| 56. -Aditya Birla Minerals | | | | | | | | | |
| 57. -First Nickel | | | | | | | | | |
| 58. -Laboratory Corp of America | | | | | | | | | |
| 59. -Perilya Ltd. | | | | | | | | | |
| 60. -Commercial Metals Co. | | | | | | | | | |
| 61. -Liberty Mines | | | | | | | | | |
| 62. -Perilya Ltd. | | | | | | | | | |
| 63. -Ivernia Inc. (corrected spelling from last year) | | | | | | | | | |
| 64. -Anadigius Inc. (corrected spelling from last year) | | | | | | | | | |
| 65. -Diana Shipping | | | | | | | | | |
| 66. -Cleveland Cliffs | | | | | Sold | 5-6 | K | D | |
| 67. -Intel Corp. | | | | | | | | | |
| 68. -John Hancock Bank and Thrift Fund | | | | | Buy | 9-30 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Airtran Holdings | | | | | Buy | 10-8 | J | | |
| 70. -Deere and Company | | | | | Buy | 10-13 | J | | |
| 71. -Apple Computer | | | | | Buy | 2-8 | J | | |
| 72. -Nvidia Corp. | | | | | Buy | 3-13- | J | | |
| 73. -Phosphate Holdings, Inc. | | | - | | Buy | 7-1 | J | | |
| 74. -Terra Industries | | | | | Buy | 5-20 | J | | |
| 75. -Teck Cominco Ltd. | | | | | Buy | 3-11 | J | | |
| 76. -Castle A M & Company | | | | | Buy | 1-25 | J | | |
| 77. -Schnizer Steel | | | | | Buy | 4-16 | J | | |
| 78. -Xilinx, Inc. Convertible Bond | | | | | Buy | 4-22 | J | | |
| 79. -Secured Loan to McMillan & Honea | | None | M | | Buy | 11-15 | M | | |
| 80. -Regions National Bank Money Market Acct. | | | L | | Buy | 7-1 | L | | |
| 81. -Annnuity Purchased General Electric Credit Corp. | | | | | | | | | |
| 82. -Timbreland Copiah Co., MS | | | | | | | | | |
| 83. -Timberland Attala Co., MS | | | | | | | | | |
| 84. -Promissory Note Bolian | | | | | Matured | 6-1 | J | | |
| 85. -Pike County Nataional Bank Common Stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Guardian Life Insurance Policies | | | | | | | | | |
| 87.  -C.D. at St. Bank & Trust | | | | | Matured | | | | |
| 88.  Charles Schwab Brokerage Acct., Personal; All investment | | | | | | | | | |
| 89.  Decisions made by Independent Advisors | | | | | | | | | |
| 90.  Taiwan Semiconductor | A | Dividend | | | Sold | 3-20 | J | B | |
| 91.  Ebay | | None | | | Sold | 11-26 | J | | |
| 92.  Emerson Electric Co (M) | A | Dividend | K | T | | | | | |
| 93.  Hancock John Tax Advn FD (M) | A | Dividend | | | Sold | 7-7 | J | | |
| 94.  I Flow Corp (M) | | None | | | Sold | 9-15 | J | | |
| 95.  Medtronic Inc. (M) | | None | J | T | | | | | |
| 96.  Natl Semiconductor Corp (M) | A | Dividend | | | Sold | 11-26 | J | D | |
| 97.  Enterprise Partners, f/k/a Pioneer Natural Res Co (M) | B | Dividend | J | | Sold (part) | 1-23 | J | D | |
| 98.  Qualcomm Inc (M) | A | Dividend | L | T | Sold (part) | 8-1 | J | B | |
| 99.  Helix corporation | | None | | | Sold | 7-20 | J | D | |
| 100.  Schnitzer Stl Inds Cl A (M) | A | Dividend | | | Sold | 4-22 | K | D | |
| 101.  Quadra Mining | | None | | | Sold | 11-26 | J | | |
| 102.  Microvision | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Best Buy Company | | None | | | Sold | 11-26 | J | | |
| 104. Anadigics, Inc. | | None | | | Sold | 11-26 | J | | |
| 105. Sigma Designs | | None | | | Sold | 11-26 | J | D | |
| 106. Southern Copper | B | Dividend | | | Sold | 3-12 | K | D | |
| 107. Zinifex Ltd. | B | Dividend | | | Sold | 11-26 | J | | |
| 108. Herceules Offshore | | None | | | Sold | 11-26 | J | | |
| 109. Continental Airlines | | None | | | Sold (part) | 11-26 | J | | |
| 110. Rowan Companies | A | Dividend | | | Sold | 11-26 | J | | |
| 111. EZ Chip Semiconductor, f/k/a Lanoptics Ltd | | None | J | T | | | | | |
| 112. Bronco Drilling Co. | | None | | | Sold | 1-24 | K | A | |
| 113. Caterpillar, Inc. | A | Dividend | | | Sold | 11-26 | J | | |
| 114. Laboratory Corp of America | | None | J | T | | | | | |
| 115. Bank of America | | None | | | Sold | 11-26 | J | | |
| 116. Boeing, Inc. | A | Dividend | | | Sold | 7-7 | J | | |
| 117. Commercial Metals | A | Dividend | | | Sold | 11-26 | J | | |
| 118. Perilyn Ltd. | | None | | | Sold | 11-26 | J | | |
| 119. Semitool, Inc. | | None | | | Sold | 11-26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Intel Corp. | | None | | | Sold | 11-26 | J | | |
| 121.  Frontera Copper | | None | | | Sold | 11-26 | J | | |
| 122.  Manpower, Inc. | A | Dividend | | | Sold | 11-26 | J | | |
| 123.  Tata Motors | | None | | | Buy | 3-8 | J | | |
| 124.  Tata Motors | | None | | | Sold | 11-26 | J | A | |
| 125.  Century Aluminum Company | | None | | | Buy | 7-7 | J | | |
| 126.  Century Aluminum | | None | | | Sold | 11-26 | J | A | |
| 127.  Thompson Creek Metals Company, Inc. | | None | | | Buy | 7-10 | J | | |
| 128.  Thompson Creek Metals Company, Inc. | | None | | | Sold | 11-26 | J | A | |
| 129.  Teck Cominco, Ltd. | A | Dividend | | | Buy | 4-16 | J | | |
| 130.  Teck Cominco, Ltd. | A | Dividend | | | Sold | 11-26 | J | A | |
| 131.  Apple, Inc. | | None | | | Buy | 2-8 | J | | |
| 132.  Apple, Inc. | | None | | | Sold | 11-26 | J | A | |
| 133.  Diana Shipping | A | Dividend | | | Buy | 4-18 | J | | |
| 134.  Diana Shipping | A | Dividend | | | Sold | 11-26 | J | A | |
| 135.  Deere and Company | A | Dividend | | | Buy | 3-20 | J | | |
| 136.  Deere and Company | A | Dividend | | | Sold | 11-26 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Hospitality Properties Trust | A | Dividend | | | Buy | 1-23 | J | | |
| 138. Hospitality Propertiesi Trust | A | Dividend | | | Sold | 11-26 | J | A | |
| 139. First Southwest Corp. | A | Dividend | K | T | Buy (add'l) | 9-15 | | | Dunn Lampton |
| 140. IRA #1 All investment decisions made by in dependent | | | | | | | | | |
| 141. Investment Advisors. Held by Charles Schwab | E | Int./Div. | O | T | | | | | |
| 142. -Taiwan Semiconductor | | | | | Sold | 3-12 | J | A | |
| 143. -Breakwater Rosources Ltd. new | | | | | | | | | |
| 144. -Energy Conversion Devices | | | | | | | | | |
| 145. -Sigma Designs | | | | | | | | | |
| 146. -Quadra Mining | | | | | | | | | |
| 147. -Contl Airlines Cl B | | | | | Sold | 8-15 | J | | |
| 148. - OZ Minerals, LTD, f/k/a Zinifex, LTD | | | | | | | | | |
| 149. -Sirius XM Radio, Inc., f/k/a XM Satellite Radio (XMSR) | | | | | | | | | |
| 150. -Panera Bread Company | | | | | Sold | 4-30 | J | | |
| 151. -Greenbrier Co | | | | | partial sell | 7-19 | J | A | |
| 152. -Century Aluminum | | | | | buy | 11-1 | J | | |
| 153. -Anadigics, Inc. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Valeant Pharmaceuticals, Inc. | | | | | Sold | 7-7 | J | | |
| 155. -Rowan Companies | | | | | | | | | |
| 156. -Amgen | | | | | | | | | |
| 157. -Bancroft Convertible Fund | | | | | | | | | |
| 158. -Cheesecale Factory | | | | | | | | | |
| 159. -Cree Research | | | | | | | | | |
| 160. -Ebay, Inc. | | | | | | | | | |
| 161. -Emerson Electric | | | | | | | | | |
| 162. -IFLO | | | | | Sold | 10-14 | J | | |
| 163. -Altera Corp. | | | | | | | | | |
| 164. -Altair Nanotechnologies | | | | | | | | | |
| 165. -EZ Chip Semiconductor, f/k/a Lanoptics | | | | | | | | | |
| 166. -Microvision | | | | | | | | | |
| 167. -National Semiconductor | | | | | | | | | |
| 168. -P F Changs Bistro | | | | | Sold | 3-12 | J | A | |
| 169. -Pfizer | | | | | | | | | |
| 170. -Power One | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Qualcomm | | | | | | | | | |
| 172. -Schnifzer Steel | | | | | Sold (part) | 4-22 | K | E | |
| 173. -Semitool Inc. | | | | | | | | | |
| 174. -Sun Microsystems | | | | | Sold | 1-31 | J | | |
| 175. -Synaptics, Inc. | | | | | | | | | |
| 176. -Xilinx, Inc. (spelling corrected) | | | | | | | | | |
| 177. -Ebay | | | | | | | | | |
| 178. -Greenbrier Co. | | | | | Sold | 2-11 | J | | |
| 179. -Lanoptics Ltd. | | | | | | | | | |
| 180. -Southern Copper Corp. | A | Dividend | | | Buy | 1-22 | K | | |
| 181. -Southern Copper Corp. | A | Dividend | | | Sold | 3-12 | K | D | |
| 182. -Trinity Industries | | None | | | Buy | 4-25 | J | | |
| 183. -Trinity Industries | | None | | | Sold | 11-26 | J | C | |
| 184. -Universal Stainless and Alloy | | None | | | Buy | 1-10 | J | | |
| 185. -Universal Stainless and Alloy | | None | | | Sold | 8-19 | J | A | |
| 186. IRA #2 All investment decisions made by in dependent | | | | | | | | | |
| 187. Investment Advisors | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Allied Capitol | | | | | | | | | |
| 189. -Schnitzer Steel | | | | | Sold (part) | 4-22 | J | C | |
| 190. -Sun Microsystems | | | | | Sold | 1-31 | J | | |
| 191. -EZ Chip Semiconductor, f/k/a anoptics Ltd | | | | | | | | | |
| 192. -Rowan Companies | | | | | buy | 4-16 | J | | |
| 193. -Continental Airlines | | | | | buy | 6-20 | J | | |
| 194. -Anadigics | | | | | buy | 6-27 | J | | |
| 195. -Laboratory Corp of Am | | | | | buy | 7-27 | J | | |
| 196. -Bank of America | | | | | buy | 7-27 | J | | |
| 197. -Boeing, Inc. | | | | | buy | 8-21 | J | | |
| 198. -Perilyn, Inc. | | | | | buy | 11-7 | J | | |
| 199. -Intel Corp | | | | | buy | 12-6 | J | | |
| 200. -Diana Shipping | | | | | buy | 12-12 | J | | |
| 201. -Manpower, Inc. | | | | | buy | 12-26 | J | | |
| 202. -Universal Stainless and Alloy | | | | | Buy | 1-10 | J | | |
| 203. -Universal Stainless and Alloy | | | | | Sold | 8-27 | J | A | |
| 204. -Ensco International | | | | | Buy | 6-18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Deere and Company | | | | | Buy | 3-3 | J | | |
| 206. -Cree Research, Inc. | | | | | Buy | 4-22 | J | | |
| 207. -Terra Industries | | | | | Buy | 5-22 | J | | |
| 208. -Hospitality Properties | | | | | Buy | 1-23 | J | | |
| 209. -U.S. Steel | | | | | Buy | 8-27 | J | | |
| 210. Other assets owned individually by Keith Starrett | | | | | | | | | |
| 211. Mineral Rights, Amite Co., MS | A | Royalty | J | W | | | | | |
| 212. Mineral Rights Franklin Co., MS | | None | J | W | | | | | |
| 213. Mineral Rights, Walthall Co., MS | | None | J | W | | | | | |
| 214. Mineral Rights, Lincoln Co., MS | | None | J | W | | | | | |
| 215. Mineral Rights, Copiah Co., MS | | None | J | W | | | | | |
| 216. Mineral Rights, Pike County., MS | A | Rent | J | W | | | | | |
| 217. Mineral Rights, Marion Co., MS | | None | J | W | | | | | |
| 218. Timberland Lincoln Co., MS | | None | L | W | | | | | |
| 219. Time Share Condo; New Orleans, LA | | None | J | W | | | | | |
| 220. Note and Mortgage Receivable (Magee) | E | Interest | N | T | | | | | |
| 221. Note and Mortgage Receivable (Allred) | E | Interest | | | Matured | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Note and Mortgage Receivable (Ming) | C | Interest | K | T | | | | | |
| 223. Note and Mortgage Receivable (Adams) | A | Interest | | | Matured | | | | |
| 224. Assets of M-J-K, Inc., wholly owned by Keith Starrett | D | Int./Div. | L | T | | | | | |
| 225. Note and Mortgage Receivable (Parsons) | A | Interest | | | Matured | | | | |
| 226. ILA | | None | J | T | | | | | |
| 227. Mirant Corp | | None | J | T | | | | | |
| 228. Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 229. Helix Corporation | | None | J | T | | | | | |
| 230. Mirant Warrants | | None | J | T | | | | | |
| 231. Other Assets Owned Individually by Keith Starrett | | | | | | | | | |
| 232. Charles Schwab Personal Account # 2 | A | Interest | L | T | | | | | |
| 233. MS Dev.Bank Special Obligation City of Jackson Bond | A | Interest | | | Buy | 9-10 | J | | |
| 234. MS Dev. Bank Sepcial Obligation Greenville Bond | A | Interest | | | Buy | 8-26 | J | | |
| 235. Educational Building Corp. Bond | A | Interest | | | Buy | 9-10 | J | | |
| 236. MS Public Improvment Bank - Ridgeland Bond | A | Interest | | | Buy | 9-10 | J | | |
| 237. MS Home Corp. Bond | A | Interest | | | Buy | 9-12 | J | | |
| 238. MS Home Corp - Single Family Bond | A | Interest | | | Buy | 9-12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. MS State Bond | A | Interest | | | Buy | 10-10 | K | | |
| 240. Virginia Tobacco Settlement Bond | A | Interest | | | Buy | 11-6 | J | | |
| 241. Parkway East Public Improvement Bond | A | Interest | | | Buy | 11-19 | K | | |
| 242. Harrison County Bond | A | Interest | | | Buy | 12-12 | K | | |
| 243. Tarrant County, Texas Bond | A | Interest | | | Buy | 11-20 | K | | |
| 244. MS Developement Bank Bond | A | Interest | | | Buy | 7-9 | J | | |
| 245. MS. Developement Bank Bond | A | Interest | | | Buy | 3-28 | J | | |
| 246. CD at Rainier Pacific (x) | A | Interest | | | Matured | | | | |
| 247. Schnitzer Steel | | None | | | Buy | 9-2 | J | | |
| 248. Schnitzer Steel | | | | | Sold | 12-26 | J | | |
| 249. Bank of America Corp | A | Dividend | | | Buy | 11-25 | J | | |
| 250. Bank of America Corp | | | | | Sold | 12-8 | | A | |
| 251. Regions Financial CP New | A | Dividend | | | Buy | 11-19 | J | | |
| 252. Regions Financial CP | | | | | Sold | 12-8 | J | A | |
| 253. Regions Financial CP New | | None | | | Buy | 11-12 | J | | |
| 254. Regions Financial CP New | | | | | Sold | 11-24 | J | | |
| 255. Regions Financial CP New | | None | | | Buy | 11-11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Regions Financial CP New | | | | | Sold | 11-26 | J | | |
| 257. Regions Financial CP New | A | Dividend | | | Buy | 10-23 | J | | |
| 258. Regions Financial CP New | | | | | Sold | 11-03 | J | A | |
| 259. Regions Financial CP New | A | Dividend | | | Buy | 10-8 | J | | |
| 260. Regions Financial CP New | | | | | Sold | 10-14 | J | A | |
| 261. Regions Financial CP New | A | Dividend | | | Buy | 9-29 | J | | |
| 262. Regions Financial CP | | | | | Sold (part) | 10-1 | J | A | |
| 263. Regions Financial CP New | | | | | Sold (part) | 10-2 | J | A | |
| 264. Regions Financial CP New | A | Dividend | | | Buy | 9-26 | J | | |
| 265. Regions Financial CP New | | | | | Sold | 9-26 | J | A | |
| 266. Regions Financial CP New | B | Dividend | | | Buy | 9-10 | J | | |
| 267. Regions Financial CP New | | | | | Sold | 9-18 | J | B | |
| 268. Regions Financial CP New | A | Dividend | | | Buy | 9-17 | J | | |
| 269. Regions Financial CP New | | | | | Sold (part) | 9-12 | J | A | |
| 270. Regions Financial CP New | | | | | Sold (part) | 9-17 | J | A | |
| 271. Regions Financial CP New | B | Dividend | | | Buy | 9-8 | J | | |
| 272. Regions Financial CP New | | | | | Sold | 9-9 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Regions Financial CP New | A | Dividend | | | Buy | 8-12 | J | | |
| 274. Regions Financial CP New | A | Dividend | | | Buy (add'l) | 8-18 | J | | |
| 275. Regions Financial CP New | | | | | Sold | 9-2 | J | B | |
| 276. Regions Financial CP New | A | Dividend | | | Buy | 8-19 | J | | |
| 277. Regions Financial CP New | | | | | Sold | 8-28 | J | A | |
| 278. Regions Financial CP New | A | Dividend | | | Buy | 8-25 | J | | |
| 279. Regions Financial CP New | | | | | Sold | 8-27 | J | A | |
| 280. Regions Financial CP New | A | Dividend | | | Buy | 8-21 | J | | |
| 281. Regions Financial CP New | | | | | Sold | 8-22 | J | A | |
| 282. Regions Financial CP New | A | Dividend | | | Buy | 8-1 | J | | |
| 283. Regions Financial CP New | | | | | Sold | 8-4 | J | A | |
| 284. Regions Financial CP New | A | Dividend | | | Buy | 8-7 | J | | |
| 285. Regions Financial CP New | | | | | Sold | 8-11 | J | A | |
| 286. Regions Financial CP New | A | Dividend | | | Buy | 8-6 | J | | |
| 287. Regions Financial CP New | | | | | Sold | 8-6 | J | A | |
| 288. Regions Financial CP New | A | Dividend | | | Buy | 7-30 | J | | |
| 289. Regions Financial CP New | | | | | Sold | 7-31 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Regions Financial CP New | A | Dividend | | | Buy | 7-25 | J | | |
| 291. Regions Financial CP New | | | | | Sold | 7-30 | J | A | |
| 292. International Paper Co. | A | Dividend | | | Buy | 7-3 | J | | |
| 293. International Paper Co. | | | | | Sold | 7-23 | J | A | |
| 294. Regions Financial CP New | A | Dividend | | | Buy | 7-10 | J | | |
| 295. Regions Financial CP New | A | Dividend | | | Buy (add'l) | 7-15 | J | | |
| 296. Regions Financial CP New | | | | | Sold | 7-18 | J | B | |
| 297. Timberland in Simpson County, MS | | | | | Buy | 1-1 | L | | Ward Estate |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Starrett, Keith | 5/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note for 2008 Report:

1. VII. Line 225 (Bristol Myers Squibb) on 2007 Report. Should have been deleted for 2008. Stock sold in 2007. Value Code J; Gain Code A.
2. VII. Line 297 Timberland in Simpson County, Mississippi, actually purchased in 2007 and inadvertently omitted from the 2007 report. The land was purchased in October of 2007.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544